500 P.3d 381 (Mem)
In Re: The PEOPLE of the State of Colorado, Plaintiff
v.Edward R. SANDOVAL, Defendant
Supreme Court Case No: 2021SA33 Supreme Court of Colorado.
DATE FILED: April 16, 2021
ORDER OF COURT - AMENDED
Upon consideration of Defendant's Petition to Issue Rule to Show Cause Pursuant to Rule 21 of the Colorado Appellate Rules, this Court's Order and Rule to Show Cause, the People's Answer Brief, and Defendant's Reply Brief, and being sufficiently advised in the premises,
IT IS HEREBY ORDERED that the Rule to Show Cause is made ABSOLUTE. The District Court's order denying Defendant's motion for state pay of expert witnesses and investigator is reversed, and the case is remanded to the District Court with instructions to hold a hearing on Defendant's motion pursuant to People v. Orozco , 210 P.3d 472 (Colo. App. 2009), to determine:
(1) whether defendant has private counsel but has become indigent during the course of the case;
(2) whether there are insufficient funds to pay for the costs; and
(3) whether it would be too disruptive to reassign the case to the public defender or alternative defense counsel.